# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**
**671-473-9100**

| | |
|---|---|
| Anthony Agulto Ascura,<br><br>          Petitioner,<br><br>     vs.<br><br>USA,<br><br>          Respondent. | Case No. 1:98-cv-00051 |

# NOTICE OF ENTRY OF ORDER

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

**Order re Motion for Relief From Judgment Pursuant to FRCVP Rule 60(b)(6) filed April 6, 2006**
**Date of Entry: April 10, 2006**

The original order is on file at the Clerk's Office of this court.  The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee.  Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** April 10, 2006                                              Clerk of Court
                                                                                    **/s/ Mary L.M. Moran**