# DISTRICT COURT OF GUAM

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

| | |
|---|---|
| Anthony Agulto Ascura, <br><br> Petitioner, <br><br> vs. <br><br> USA, <br><br> Respondent. | Case No. 1:98-cv-00051 <br><br> CERTIFICATE OF SERVICE |

The following office(s)/individual(s) acknowledged receipt of the Order filed April 6, 2006 and Notice of Entry filed April 10, 2006, on the dates indicated below:

Office of the U.S. Attorney
April 11, 2006

The following individual was served by first class mail on April 11, 2006:

    Anthony A. Ascura
    Reg. No. 85677-022
    Federal Prison Camp
    3705 West Farm Road
    Lompoc, CA 93436

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order filed April 6, 2006 and Notice of Entry filed April 10, 2006

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 11, 2006                                                        /s/Renee M. Martinez
                                                                                                                           Deputy Clerk